AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Western District of Arkansas
Fayetteville Division

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 5:23-CR-50056-001 |
| JIMMY D. FANT, JR | ) | |
| Defendant | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 9/29/2023

_Jim David Fant Jr._
Defendant's signature

_[signature]_
Signature of defendant's attorney

Assistant Federal Public Defender Joe Alfaro
Printed name of defendant's attorney

_[signature]_
Judge's signature

United States District Judge Timothy L. Brooks
Judge's printed name and title