IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA

v.                                          CASE NO.: 5:23-CR-50056-001

JIMMY D. FANT, JR.

### MOTION FOR LEAVE TO FILE EXHIBIT TO SENTENCING MEMORANDUM UNDER SEAL

Comes now the Defendant, Jimmy D. Fant, Jr., by and through undersigned counsel and hereby states:

1. That on March 19, 2024, the Defendant filed a Motion to Continue Sentencing Hearing (Doc. 21) because the Defendant had recently been in the emergency room and requested additional time to gather relevant medical records to determine the extent of his medical condition, which could impact sentencing.

2. That the Motion was granted on March 21, 2024, (Doc. 24) and the Sentencing Hearing was terminated.   A new date has not yet been set.

3. That Defendant's Sentencing Memorandum was filed on March 20, 2024. (Doc. 23).  Counsel recently received the requested medical records and would like to file them as an Exhibit to the Sentencing Memorandum (Doc. 23).  Defendant hereby requests leave to file the records as an exhibit, and to also file them Under Seal due to the sensitive and confidential nature of the medical records.

WHEREFORE, Defendant, Jimmy D. Fant, Jr., respectfully requests that his Motion for Leave to File Exhibit to Sentencing Memorandum Under Seal be granted and for all other relief

to which he may be entitled.

                        Respectfully submitted,

                        BRUCE D. EDDY
                        FEDERAL PUBLIC DEFENDER
                        WESTERN DISTRICT OF ARKANSAS

By:    /s/ *Joe Alfaro*
        Joe Alfaro
        Assistant Federal Public Defender
        112 W. Center Street
        Suite 300
        Fayetteville, AR 72701
        (479) 442-2306

        Counsel for Jimmy D. Fant, Jr.

## CERTIFICATE OF SERVICE

      I hereby certify that I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to Mr. Kenny Elser, Assistant United States Attorney, and further certify that a copy of this pleading was mailed by the United States Postal Service to: none

                        /s/ *Joe Alfaro*
                        Joe Alfaro
                        Assistant Federal Public Defender